United States District Court
Southern District of Texas
**ENTERED**
May 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BEATRIZ GARCIA**, *et al*, § § **Plaintiffs,** § VS. § **CIVIL ACTION NO. 4:16-CV-11** § **THE UNITED STATES OF AMERICA,** § § **Defendant.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the motion to dismiss, or for summary judgment, filed by the United States. (Doc. No. 6.) On April 25, 2016, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be denied. (Doc. No. 13.) The United States filed its objections on May 9 and Plaintiffs' filed their response on May 20. (Doc. Nos. 14 & 15.)

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which the United States objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **DENIES** the United States' motion to dismiss.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 27th day of May, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE